# United States Court of Appeals
## For the First Circuit

No. 25-2146

ANAILSO SILVA FERNANDES,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Boston Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations (ICE/ERO); TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); DEPARTMENT OF HOMELAND SECURITY; KRISTI L. NOEM, Secretary, Department of Homeland Security (DHS); PAMELA J. BONDI, Attorney General, U.S.,

Respondents - Appellants.

### ORDER OF COURT

Entered: March 3, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, the motion to withdraw Attorney Ilana J. Snyder as counsel for Appellants Pamela J. Bondi, Patricia H. Hyde, Todd M. Lyons, Antone Moniz, Kristi Noem, and DHS is granted. Attorney Snyder is hereby withdrawn as counsel of record, and Appellants will continue to be represented by the remaining counsel of record.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James P. Davy, Gabriela Cerretani, Donald Campbell Lockhart, Rayford A. Farquhar, Matthew B. George, Abraham R. George, Nicole Marie O'Connor, Ilana Joslyn Snyder