# United States Court of Appeals
## For the First Circuit

No. 25-2146

ANAILSO SILVA FERNANDES,

Petitioner - Appellee,

v.

ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, Boston Field Office Director, U.S. Immigration and Customs Enforcement and Removal Operations (ICE/ERO); TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); DEPARTMENT OF HOMELAND SECURITY; KRISTI L. NOEM, Secretary, Department of Homeland Security (DHS); PAMELA J. BONDI, Attorney General, U.S.,

Respondents - Appellants.

### ORDER OF COURT

Entered: March 23, 2026

Respondent-appellants have filed a motion entitled "Motion to Hold Appeal in Abeyance and Stay Briefing Schedule Pending Resolution of Abeyance Motion." Respondent-appellants request, inter alia, that this appeal be held in abeyance pending resolution of dos Santos v. Noem, et al., No. 25-1996, and/or Guerrero Orellana v. Moniz, et al., No. 25-2152. Petitioner-appellee has filed an opposition to respondent-appellants' motion, as well as a motion to dismiss under Loc. R. 45.0 for want of diligent prosecution. Since the current abeyance motion was filed, Appeal No. 25-1996 has been voluntarily dismissed, and Appeal No. 25-2152 has been consolidated with Appeal No. 26-1094.

The filings described above are resolved as follows: The briefing schedule previously entered is vacated, and this proceeding shall be held in abeyance pending further order. Respondent-appellants should file status reports at 60-day intervals, advising the court of the status of consolidated Appeal Nos. 25-2152 and 26-1094 and of any other relevant developments; the first status report shall be due 60 days from entry of this order. The motion to dismiss is denied without prejudice to later reassertion of relevant arguments.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
James P. Davy, Gabriela Cerretani, Donald Campbell Lockhart, Rayford A. Farquhar, Matthew B. George, Abraham R. George, Nicole Marie O'Connor